**DUKE'S SURF CITY LP**
**DBA DUKE'S HUNTINGTON BEACH**
317 PACIFIC COAST HIGHWAY
HUNTINGTON BEACH, CA 92648

3419
90-4284/1222

NK&WEST
San Diego Office
1280 FOURTH AVE.
SAN DIEGO, CA 92101
1-800-488-2265

DATE 11/22/13

PAY One-Thousand four-hundred twenty-nine and 35/___ DOLLARS $ 1429.35

TO THE ORDER OF   Sara Venas

TWO SIGNATURES REQUIRED OVER $25,000.00

⑈000003419⑈ ⑆122242843⑆: 671001246⑈

---

**DUKE'S SURF CITY LP  DBA DUKE'S HUNTINGTON BEACH**

| DATE | DESCRIPTION | AMOUNT | DISTRIBUTIONS | |
|---|---|---|---|---|
| | | | ACCT. NO. | AMOUNT |
| | Salary for 11/4 - 11/17  Payroll not input into ADP | | 1130 | |

EMPLOYEE _____

| PERIOD ENDING | TOTAL EARNINGS | DEDUCTIONS | | | | | | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | F.I.C.A. TAX WITHHOLDING | MEDICARE TAX WITHHOLDING | FEDERAL WITHHOLDING TAX | STATE WITHHOLDING TAX | | | | | |
| | | | | | | | | | | |

DF0106 84

CO FILE DEPT CLOCK VCHR. NO.
001004 006014 000490055 2
086-0001

**DUKE'S SURF CITY LP**
**DBA DUKE'S HUNTINGTON BEACH**
**317 PACIFIC COAST HWY**
**HUNTINGTON BEACH, CA 92648**

## Earnings Statement 

Period Beginning: 11/18/2013
Period Ending: 12/01/2013
Pay Date: 12/06/2013

00000000045
SARA KENAS
2218 E HARDING ST
LONG BEACH CA 90805

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 1
 CA: 1

Social Security Number: XXX-XX-3731

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1950.00 | 80.00 | 1,950.00 | |
| Ltd | | | 14.37 | 155.43 |
| Service Charge | | | 6.66 | 157.56 |
| Dept. Bonus | | | | 417.00 |
| Ira/Sav Bonus | | | | 1,232.00 |
| Lineitem Bonus | | | | 500.00 |
| **Gross Pay** | | | **$1,971.03** | 23,911.99 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Bal | | 56.46 |

**Important Notes**
BY REDEEMING THIS PAYCHECK OR ACCEPTING MY DIRECT DEPOSIT I ACKNOWLEDGE THAT I HAVE REVIEWED THE HOURS, EARNINGS AND TIPS DECLARED AND THEY ARE ACCURATE AND ANY DISCREPENCIES WILL BE BROUGHT TO MY EMPLOYERS ATTENTION WITHIN ONE WEEK.

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -277.53 | 3,601.90 |
| | Social Security Tax | -122.20 | 1,482.54 |
| | Medicare Tax | -28.58 | 346.72 |
| | CA State Income Tax | -81.56 | 1,116.64 |
| | CA SUI/SDI Tax | -19.71 | 239.12 |
| **Other** | | | |
| | Checking | -1,427.08 | |
| | Ltd | -14.37 | 155.43 |
| | Loan | | 16.38 |
| **Net Pay** | | **$0.00** | |

Your federal taxable wages this period are $1,971.03

©1990, 2006. ADP, Inc. All Rights Reserved.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM
VOID VOID VOID VOID
**THIS IS NOT A CHECK**

DUKE'S SURF CITY LP
DBA DUKE'S HUNTINGTON BEACH
317 PACIFIC COAST HWY
HUNTINGTON BEACH, CA 92648

Advice number: 00000490055
Pay date: 12/06/2013

Deposited to the account of
SARA KENAS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7987 | xxxx xxxx | $1,427.08 |

**NON-NEGOTIABLE**

© 2000 ADP, Inc.
TEAR HERE ▼

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

Duke's Surf City (Duke's Hunti

# Earnings Statement

Period Beginning:   12/02/2013
Period Ending:      12/15/2013
Pay Date:           12/20/2013

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal: 01
  State:   01

SARA KENAS
2218 E HARDING ST
LONG BEACH, CA 90805

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1950.0000 | 72.00 | 1,950.00 | |
| Vac | | 8.00 | | |
| Ltd | | | 14.37 | |
| Banquet Tips | | | 18.90 | |
| Gross Pay | | $ | 1,983.27 | 1,974.57 |

**Important Notes**

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 280.59- | 274.66- |
| | Social Security Tax | 122.97- | 122.42- |
| | Medicare Tax | 28.76- | 28.63- |
| | SDI Tax | 19.83- | 19.75- |
| | CA Withholding Tax | 82.63- | 80.32- |
| | **Other** | | |
| | Ltd | 14.37- | |
| | **Net Pay** | $ | 1,434.12 |

Duke's Surf City (Duke's Hunti

Payroll check number:   0073911205
Period Beginning:       12/02/2013
Period Ending:          12/15/2013
Pay Date:               12/20/2013
Employee ID:            001459

Pay to the order of   SARA KENAS

This Amount:   ONE THOUSAND FOUR HUNDRED THIRTY-FOUR AND 12/100 DOLLARS                    $1,434.12

# NON-NEGOTIABLE
(THIS IS NOT A CHECK)

Duke's Surf City (Duke's Hunti

# Earnings Statement

Period Beginning: 12/02/2013
Period Ending: 12/29/2013
Pay Date: 01/03/2014

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 01
  State: 01

SARA KENAS
2218 E HARDING ST
LONG BEACH, CA  90805

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1950.0000 | 80.00 | 1,950.00 | |
| Ltd | | | 14.37 | |
| Banquet Tips | | | 10.20 | |
| **Gross Pay** | | $ | **1,974.57** | 1,974.57 |

**Important Notes**

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 274.66- | 274.66- |
| | Social Security Tax | 122.42- | 122.42- |
| | Medicare Tax | 28.63- | 28.63- |
| | SDI Tax | 19.75- | 19.75- |
| | CA Withholding Tax | 80.32- | 80.32- |

| Other | | |
|---|---|---|
| Ltd | | 14.37- |
| **Net Pay** | $ | **1,434.42** |

Duke's Surf City (Duke's Hunti

Payroll check number: 0073991958
Period Beginning: 12/02/2013
Period Ending: 12/29/2013
Pay Date: 01/03/2014
Employee ID: 001459

Pay to the
order of       SARA KENAS
This Amount:   ONE THOUSAND FOUR HUNDRED THIRTY-FOUR AND 42/100 DOLLARS                $1,434.42

# NON-NEGOTIABLE
(THIS IS NOT A CHECK)